IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS HEALTH FUND,
and THOMAS FISHER,

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST
FUND,

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,        Case No.: 09-cv-152
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, BRICKLAYERS & TROWEL
TRADES INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONS INSTITUTE FUND,
and JEFFREY LECKWEE,

BRICKLAYERS & ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN, and
BRICKLAYERS & TROWEL TRADES
INTERNATIONAL,

        Plaintiffs,

vs.

BOS & SON, INC.,

        Defendant.

---

## ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant Bos & Son, Inc., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Bos & Son, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 13th day of July, 2009.

Peter Oppeneer, Clerk of Court